*UNITED STATES DISTRICT COURT*

MIDDLE DISTRICT OF NORTH CAROLINA

```
UNITED STATES OF AMERICA

        v.                                              Case Number:
MARCOS ARRIAZA-RIOS                                        1:18CR303-1
JOSE ALBERTO PEREZ                                         1:18CR303-2
SALVADOR VALADEZ, JR.                                      1:18CR303-3
MICHAEL EDWARD HEHIR, JR.                                  1:18CR303-4
DANA ELIZABETH DUNCAN                                      1:18CR303-5
ALIBBIA JO MICHAUD                                         1:18CR303-6
RODNEY NEIL HARDIN                                         1:18CR303-7
CHARLES STANLEY BANGERT, JR.                               1:18CR303-8
ASHLEY DAWN SANDERS                                        1:18CR303-9
BRAD SCOTT BRUCE, JR.                                      1:18CR303-10
EDWARD LEE ALEXANDER BLAIS                                 1:18CR303-11
RICHARD TREY WRIGHT                                        1:18CR303-12
ASHLEY PAIGE KRAMER                                        1:18CR303-13
JACOB DANIEL JOHNSON                                       1:18CR303-14
JAMES QUINCEY SMITH                                        1:18CR303-15
DANIEL DEWAYNE WOOD                                        1:18CR303-16
TIMOTHY BAXTER DAY                                         1:18CR303-17
ROY LEE HARTFORD, JR.                                      1:18CR303-18
GARY RAY WALLER, JR.                                       1:18CR303-19
ALYSSA MARY BROOKE ASHLEY                                  1:18CR303-20
BRENDA SUE BOSTIAN                                         1:18CR303-21
BRITTANY DAWN THOMAS                                       1:18CR303-22
MORGAN NICHOLE PEPPER                                      1:18CR303-23
SAMUEL BLAKE HELTON                                        1:18CR303-24
AMANDA MARIE HARDISON                                      1:18CR303-25
BILLY JACK FLEMING                                         1:18CR303-26
BROCK MICHAEL ROWE                                         1:18CR303-27
ROBERT EARL HOLCOMB                                        1:18CR303-28
```

## N O T I C E

**Take notice** that a proceeding in this case has been **set**/reset as indicated below:

| | |
|---|---|
| **PLACE:** | **L. Richardson Preyer Federal Courthouse, 324 West Market Street, Greensboro, N.C.** |
| **COURTROOM NO.:** | 2 |
| **DATE AND TIME:** | This case will be called during the first week of the September Criminal Term of Court beginning September 4, 2018 |
| **PROCEEDING:** | ARRAIGNMENT |

---

John S. Brubaker, Clerk

By: /s/ Joy Daniel, Deputy Clerk

Date: August 29, 2018