IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| MARCOS ARRIAZA-RIOS, | : | 1:18CR303-1 |
| also known as "Copia" | : | |
| JOSE ALBERTO PEREZ, | : | 1:18CR303-2 |
| also known as "Junie" | : | |
| SALVADOR VALADEZ, JR. | : | 1:18CR303-3 |
| MICHAEL EDWARD HEHIR, JR. | : | 1:18CR303-4 |
| DANA ELIZABETH DUNCAN | : | 1:18CR303-5 |
| ALIBBIA JO MICHAUD | : | 1:18CR303-6 |
| RODNEY NEIL HARDIN | : | 1:18CR303-7 |
| CHARLES STANLEY BANGERT, JR.: | | 1:18CR303-8 |
| ASHLEY DAWN SANDERS | : | 1:18CR303-9 |
| BRAD SCOTT BRUCE, JR. | : | 1:18CR303-10 |
| EDWARD LEE ALEXANDER BLAIS | : | 1:18CR303-11 |
| RICHARD TREY WRIGHT | : | 1:18CR303-12 |
| ASHLEY PAIGE KRAMER | : | 1:18CR303-13 |
| JACOB DANIEL JOHNSON | : | 1:18CR303-14 |
| JAMES QUINCEY SMITH | : | 1:18CR303-15 |
| DANIEL DEWAYNE WOOD | : | 1:18CR303-16 |
| TIMOTHY BAXTER DAY | : | 1:18CR303-17 |
| ROY LEE HARTFORD, JR. | : | 1:18CR303-18 |
| GARY RAY WALLER, JR. | : | 1:18CR303-19 |
| ALYSSA MARY BROOKE ASHLEY | : | 1:18CR303-20 |
| BRENDA SUE BOSTIAN, | : | 1:18CR303-21 |
| also known as Brenda Bostian Owens | : | |
| BRITTANY DAWN THOMAS | : | 1:18CR303-22 |
| MORGAN NICHOLE PEPPER | : | 1:18CR303-23 |
| SAMUEL BLAKE HELTON | : | 1:18CR303-24 |
| AMANDA MARIE HARDISON | : | 1:18CR303-25 |
| BILLY JACK FLEMING, | : | 1:18CR303-26 |
| also known as "B.J." | : | |
| BROCK MICHAEL ROWE | : | 1:18CR303-27 |
| ROBERT EARL HOLCOMB | : | 1:18CR303-28 |

<u>FACTUAL BASIS</u>

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

In 2014, the Rowan County Sheriff's Office (RCSO) and the North Carolina State Bureau of Investigation (SBI) initiated an investigation into large scale methamphetamine distribution and clandestine methamphetamine production in Rowan County. Since the inception of the investigation, the RCSO and the SBI have been joined in the investigation by the United States Department of Homeland Security Investigations (HSI), the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and a number of local agencies. Thirty-Two individuals were indicted in Middle District of North Carolina in Phase I of the investigation in <u>United States v. Bost</u>, <u>et al.</u>, 1:17CR57. With the exception of one fugitive, all these defendants have entered guilty pleas or have been found guilty by a jury. Phase II of the investigation has continued to deal with following-up information developed during Phase I. The investigation has focused on methamphetamine and heroin entering Rowan County and elsewhere from the states of Washington, California, Georgia, and North Carolina. The primary supplier, known only as "Copia," has been positively identified as Marcos Arriaza-Rios, who Jose

2

Alberto Perez met at the Lee Federal Penitentiary in Virginia. The Georgia based suppliers for Oliver Quinn and David Fox were known only as "Atlanta Mike" and "Earl." Since that time, Atlanta Mike has been positively identified as Michael Edward Hehir, Jr. Earl has been tentatively identified as Robert Earl Holcomb. Other major methamphetamine suppliers in Georgia have been identified as Dana Duncan and Alibbia Jo Michaud. A large-scale Hispanic supplier in Rowan County has been identified as Salvador Valadez. These suppliers are distributing pound to multi-kilogram amounts of methamphetamine. Smaller amounts of heroin were distributed by Perez, or obtained through Hispanic suppliers in the metro Charlotte, North Carolina, area.

Since the indictment in <u>United States v. Bost</u>, <u>et al.</u>, 1:17CR53, numerous seizures of heroin, methamphetamine and firearms have been made and a number of suspects and potential defendants have been interviewed. Of the 28 individuals targeted in Phase II, 18 have been interviewed and admitted guilt. A number of search warrants and searches occurred during the course of the investigation, where methamphetamine, heroin, firearms, and ammunition were recovered from potential defendants or under their control.

Review of telephone records, text messages and seized telephones corroborate many of the statements of cooperating witnesses and defendants. Specifically, there are numerous text messages between telephone numbers connected to David Earl Fox, Michael Edward Hehir, Jr., and Robert Earl Holcomb that support Fox obtaining large amounts of methamphetamine from Hehir and Holcomb. Text messages and pictures found on Daniel Dewayne Wood's phone show James Quincey Smith discussing drug deals with Wood and sending him a picture of a handgun that he was trying to sell him. This handgun was subsequently seized in a search of Wood's residence. The telephone records and pictures on Rodney Neil Hardin's seized phone corroborate his drug relationship with Dana Elizabeth Duncan.

Laboratory testing on methamphetamine seized during the course of the investigation showed purity ranging from 98.7% to 100.2%.

On March 20, 2015, Michael Eugene Long was interviewed by investigators. Long, who was in custody, had been advised of his *Miranda* rights. Long stated that he sold methamphetamine to Morgan Nichole Pepper. He indicated that he met Jeremy Bowers through Brittany Dawn Thomas. Bowers was traveling to Florida to obtain methamphetamine, and claimed that he was getting 10 ounces at a time. Bowers wanted Long to go with him to Florida to get methamphetamine, but instead Long sent Brittany

4

Thomas on two separate occasions. Long stated that between Thanksgiving and Christmas 2014, he purchased 12 to 20 ounces of methamphetamine from Bowers.

On January 14, 2016, cooperating witness Arnie Rabon arranged a purchase of methamphetamine from Alibbia Jo Michaud. Michaud, who was known by the Salisbury Police Department to not have a license, was stopped in a blue Honda Civic with a Georgia registration plate on West Jake Alexander Boulevard, Salisbury, North Carolina. Michaud was arrested for not having a driver's license. In the driver's side door was a plastic bag with approximately three grams of methamphetamine. She stated that the methamphetamine found in the door belonged to a girlfriend, named "Ice," in Atlanta, Georgia. It should be noted that during subsequent investigation, it was learned that Michaud's source of drug supply in Georgia was named "Isis."

On January 28, 2016, James Patrick Myers was interviewed pursuant to a non-attribution agreement. Myers admitted to being the conduit for Oliver Dwayne Quinn, who lived in Georgia, to begin distribution of methamphetamine in Rowan County. Around June 2015, he started receiving methamphetamine on a weekly basis from Quinn, either in Georgia or Rowan County, North Carolina. This continued until November 2015. Around November 2015, he rode with Ashley Dawn Sanders to the Ramada Inn in

5

Salisbury, where she obtained two ounces of methamphetamine from suppliers in Georgia.

On April 28, 2016, cooperating witness Teresa Hurley Dunbar made a controlled buy of one gram of methamphetamine from Brenda Sue Bostian at her residence, located at 1070 Larson Drive, Salisbury, North Carolina. The purchase was made for $240 in Rowan County Sheriff's Office Special Funds. This transaction was audio and video recorded.

On May 6, 2016, the Rowan County Sheriff's Office conducted a traffic stop of a white box truck with an inoperable tail light on Mahaffey Drive in Salisbury, North Carolina. Drug paraphernalia was in plain view, which led to a search of the vehicle. Two sweatshirts on the floor between the driver's seat and the passenger seat concealed two containers with several grams of methamphetamine. The passenger in the vehicle was Roy Lee Hartford, Jr. During a search of Hartford's person a small bag of methamphetamine was located in his watch pocket. Hartford was arrested.

On May 24, 2016, Alyssa Ashley was interviewed after she requested that investigators talk to her. The interview was recorded. Alyssa Ashley indicated that she had a baby by Rabon, who was involved with trafficking methamphetamine. Rabon had multiple sources for methamphetamine, including Alibbia Jo Michaud. She was aware that Rabon supplied Brenda

6

Bostian with methamphetamine. Ashley said that Rabon had a gun that came from Bostian, who got it from Charles Stanley Bangert, Jr., aka "Stosh." Alyssa Ashley admitted to making trips to Georgia with Rabon and others to procure methamphetamine and she had accompanied Rabon on transactions with Andrew Bost and Wiggins.

On June 23, 2016, Barney Scott Paschall was interviewed pursuant to a non-attribution agreement. Paschall said that he was released from prison on March 10, 2015, and shortly thereafter got back into the drug business. Paschall said that Brittany Thomas brokered deals between him, Andrew Bost and a Mexican supplier in the summer of 2015. The deals ranged from ¼ ounce to 20 grams. Paschall subsequently went around Thomas and dealt directly with Bost.

On November 30, 2016, Charles Stanley Bangert, Jr., Amanda Neil Hardison and Jonathan Wade McDaniel were stopped in a blue Jeep on Interstate 85 North near Blacksburg, South Carolina. Hardison was the driver and Bangert and McDaniel were the passengers. A search of Bangert produced a black bag containing four ounces of methamphetamine. Bangert was arrested for trafficking methamphetamine.

On December 19, 2016, Charles Stanley Bangert, Jr., was arrested in a traffic stop in Jackson County, Georgia, and charged with assorted traffic

7

charges and possession of marihuana. Bangert was accompanied by Amanda Hardison and Timothy Baxter Day. Subsequent investigation showed that Day and Hardison recovered approximately one ounce of methamphetamine from the trunk of this vehicle after it was impounded and brought it to Rowan County. The bulk of the methamphetamine was distributed to Rodney Neil Hardin.

On February 8, 2017, the Rowan County Sheriff's Office conducted surveillance of Tammy's Park Road in Rockwell, North Carolina. Earlier in the day, the Sheriff's Office had stopped a primer gray Acura and got a methamphetamine smoking pipe from the driver. Later that same day, the same vehicle was observed turning into Tammy's Park Road without using a turn signal. The driver was Adrienne Bookhiser. Eventually, the passenger identified himself as Timothy Day. After being advised of his *Miranda* rights, Day admitted to having an ounce of methamphetamine in his boot and a syringe. Approximately 21 grams and a syringe were found in Day's boots.

On February 17, 2017, cooperating witness Teresa Hurley Dunbar made a controlled purchase of three grams of methamphetamine from David Earl Fox and Morgan Nichole Pepper at their residence, located at 3045 Artz Road, Salisbury, North Carolina. The transaction was audio recorded.

8

On March 7, 2017, Morgan Pepper, who was in custody on state drug charges, was interviewed. The interview was recorded. Pepper said that she had lived with David Earl Fox on Artz Road in Salisbury, North Carolina, for five to six years. Pepper admitted to dealing drugs and said that Fox was obtaining methamphetamine from Mike, Michael Edward Hehir, Jr. and Earl (believed to be Robert Earl Holcomb). She also said that during the previous six months, Mike was delivering ice on a monthly basis, and Earl, who worked for Mike, delivered two times per week. The deals were initially 16 to 18 ounces and had progressed to as much as four kilograms at a time. The ice was in Tupperware containers with 16 ounces in each one. Pepper had David Fox procure heroin for her from Jason Dillard in Gold Hill, North Carolina. Pepper identified Mary Phillips, Roy Hartford, Jr., Matthew Robertson, and "Buddy" Overman as some of Fox's main customers.

On March 30, 2017, Arnie Preston Rabon was interviewed pursuant to a non-attribution agreement. During the summer months of 2015, Rabon started dealing with Brittany Thomas, Jose Alberto Perez, aka "Juice," and Andrew Bost. Rabon said that Thomas brokered 2 to 3 deals for him with Perez for 1/8 ounce each time. Rabon stated that a .38 handgun found during his traffic stop in February 2016, came from Charles Stanley Bangert, Jr. Rabon traded 1/8 ounce of methamphetamine to Bangert for the gun at Brenda

9

Bostian's residence. Rabon said that he hung out with Brenda Bostian for two months before he got locked up in February 2016. Rabon and Bostian got high together and he gave Bostian 1/8 ounce of ice on two separate occasions, mostly because he was staying at her residence.

On April 6, 2017, Michael Justin Antosek was interviewed pursuant to a non-attribution agreement. Antosek said that on March 31, 2017, he was at Daniel Dewayne Wood's woodworking shop on Fish Pond Road in Salisbury, North Carolina, and saw James Quincey Smith deliver Wood 1 to 2 ounces of methamphetamine. In the past, Antosek saw Smith, a frequent visitor to Wood's residence and shop, get money from Wood. Antosek said that Wood had around 40 guns in his house, including assault style weapons. Wood told Antosek that he was a convicted felon.

Antosek said that in 2016 he traveled to Conyers, Georgia, with Wood, an unknown female, and Shari Robertson, to obtain methamphetamine from Ashley Sanders, who was in Georgia. Sanders was unsuccessful in getting the methamphetamine, so they made contact with her boyfriend, Oliver Dwayne Quinn, and he was able to get Wood 2 to 3 ounces. Antosek said that he had purchased 1/8 ounce of methamphetamine from Sanders in the past.

On April 11, 2017, Matthew Walter Robertson was interviewed pursuant to a non-attribution agreement. Robertson said that he met Oliver Quinn in

10

2015, and continued dealing with Quinn for the next 6 to 8 months, possibly longer. Robertson stated that he met Quinn 1 to 2 times per week, with the transactions taking place primarily at his and Jamie Myers' residence in Fisherman's Cove. Robertson stated that Quinn often stayed at the motel across from the truck stop on Lane Street in Kannapolis, North Carolina. Robertson said that he also met Quinn at this location. Robertson said that he got one ounce at a time, with the price ranging from $650 to $750.

Robertson said that from the summer of 2016, to March 2017, he lived with David Earl Fox at Fox's residence on Artz Road in Salisbury, North Carolina. During that time frame, he got ½ ounce to 1 ounce quantities of methamphetamine at a time from Fox. Fox was being delivered methamphetamine by "Mike" and "Earl" on at least a monthly basis. Robertson said that James Quincey Smith was his single biggest customer when he lived with David Fox, and Smith was getting ½ ounce at a time.

On April 17, 2017, the Rowan County Sheriff's Office conducted surveillance at 705 Hilbert Road, Rockwell, North Carolina, in reference to a drug complaint against Roy Lee Hartford, Jr. The concerned citizen advised Hartford was living at 705 Hilbert Road and that he should be driving a tan or gold in color Ford pick-up truck. After returning to the residence for a short period of time, Hartford left again and the Rowan County Sheriff's Office

11

conducted a traffic stop on Hartford's tan or gold Ford pick-up truck. Investigators located a bag containing approximately 14 grams of methamphetamine and $672 in United States currency. After being advised of his *Miranda* rights, Hartford stated that he bought the methamphetamine from an unknown individual.

On April 27, 2017, the Rowan County Sheriff's Office responded to a complaint that James Quincey Smith was selling narcotics in Ellis Park. Deputies conducted surveillance of the park and observed Smith at the location. Smith's vehicle, a silver 2005 Honda Civic, was stopped for having items on the front dash that obstructed the driver's vision and made it unsafe to operate on the streets. During the course of the traffic stop a drug detection canine was deployed on the vehicle and provided a positive alert for the presence and/or odor of narcotics. During a pat down of Smith, a container containing methamphetamine and marihuana was located. Rolling papers and a 9mm firearm were found in the trunk of the Honda. Approximately 4.6 grams of methamphetamine and 2.9 grams of marihuana were seized, along with drug paraphernalia and the firearm.

On May 5, 2017, Alyssa Ashley made a recorded telephone call to Bangert. Ashley asked Bangert again if he could get her an ounce, and Bangert advised it depended on what he paid for it. Before getting off the

12

phone, Ashley asked Bangert if he could do an "eight ball" (1/8 ounce) for $200, if Bangert could not do an ounce. Bangert stated, "This drug dealer takes care of this community." Bangert advised Ashley to call him back at a later time.

On May 9, 2017, James Quincey Smith was interviewed. The interview was non-custodial and recorded. He said that he had been involved with methamphetamine and heroin for around 1 ½ to 2 years. He said that he had been purchasing small quantities of methamphetamine, around ¼ gram at a time, from David Fox until around one year ago, when he became a distributor and started getting ounce quantities at a time. The single largest amount was 5 ounces, which he received before Christmas 2016. After Fox was arrested by investigators on federal charges in March 2017, and was placed on pre-trial supervision, Smith got 2 ounces of methamphetamine from him. He knew that Fox was obtaining methamphetamine from Michael Edward Hehir, Jr., from Georgia. Smith said that he had also met Hehir through Mary Phillips and made trips with her to Georgia and South Carolina to pick up ounce quantities of methamphetamine. Phillips gave Smith methamphetamine and cash for making the trips. Smith said that the 5 grams of methamphetamine he was arrested with on April 27, 2017, came from a person named "D." This person was later identified as Daniel Dewayne Wood. Smith also acknowledged getting heroin from suppliers in Concord, North Carolina.

13

On May 15, 2017, the Rowan County Sheriff's Office conducted a traffic stop of a Ford Mustang after conducting surveillance of Charlie's Mart at 5035 Faith Road, Salisbury, North Carolina. Edward Lee Alexander Blais was the driver, the left rear passenger was Alyssa Mary Brooke Ashley, and two other people were in the Mustang. During the course of the stop, a drug detection canine alerted to the vehicle for the presence and/or odor of narcotics. A plastic bag containing around 2.5 grams of methamphetamine was seized from the under the driver's seat within arm's reach of where Ashley had been seated.

On June 19, 2017, Michael Justin Antosek was interviewed pursuant to a non-attribution agreement. Antosek said that he had known Daniel Wood for around 20 years. In 2015, he started getting pain pills from Wood. Antosek was also getting methamphetamine from Wood. Antosek said that from the summer of 2015, to around March 2017, Wood supplied him with methamphetamine on a daily basis, averaging around ½ gram. He paid Wood money, until he ran out and then began giving him personal property, such as tools and a 2014 Harley Davidson valued at $40,000. Antosek stated that before and after March 2016, he had seen Jeremy Bowers deliver 2 ounces of methamphetamine to Wood on approximately two occasions.

On June 26, 2017, cooperating witness Michael Antosek recorded a conversation with Timothy Baxter Day. During this conversation, Day

14

admitted to brokering methamphetamine transactions for Daniel Wood through sources of supply in Georgia. Day said that he had made multiple trips for Daniel Wood and profited $400 off 4 ounces.

On June 28, 2017, the Rowan County Sheriff's Office conducted a controlled purchase of 1 gram of methamphetamine from Rodney Neil Hardin at his residence, 2501 Windswept Way, Rockwell, North Carolina. The source of information that made the purchase saw Hardin in possession of an additional 2 ounces of methamphetamine and a gram of crack cocaine. A .40 caliber handgun was lying on a dresser in the bedroom where the transaction occurred.

On July 7, 2017, Jeremy Paul Bowers was interviewed pursuant to a non-attribution agreement. Bowers said that in 2013 to 2014, he began making trips to Florida to obtain methamphetamine. He obtained methamphetamine from his source of supply, Carlos Gomez, until around March to July 2016. Bowers obtained 2 to 6 ounces of methamphetamine at a time from Gomez for $1,000 per ounce. These trips were on a weekly basis until April 26, 2015. After that the trips were made solely for Daniel Dewayne Wood, who he met through Michael Justin Antosek. Prior to April 2015, Gomez supplied Bowers with 10 to 20 ounces per month. Bowers had different persons travel with him to procure methamphetamine, including Brittany

15

Thomas, who went one time. Bowers' customers included Roy Lee Hartford, Jr., and Brittany Thomas. Bowers also saw Wood with numerous firearms, which he kept in a bedroom. Bowers said that the guns, including AR-15's, SKS's and pistols, were in a safe and lined up against the wall.

Bowers said that the last 5 times he traveled to Florida to get ice; it was just for Daniel Wood. Bowers explained that Wood fronted him $2,400 to $2,600 at a time and he went to Florida and got 2 ounces each time, totaling 10 ounces.

Bowers said that he met a Hispanic named "Jose" (Jose Alberto Perez), through Brittany Thomas. Jose lived in the Woodleaf, North Carolina, area. When Bowers stopped going to Florida on a weekly basis in the spring of 2015, Daniel Wood wanted Bowers to get him two ounces. Bowers said that he and Thomas drove to Jose's house and obtained 2 ounces from Jose for Daniel Wood.

Bowers stated that David Earl Fox was getting methamphetamine from Oliver Dwayne Quinn and then "Mike" and "Earl." Bowers saw Mike and/or Earl come to Fox's residence on a weekly basis for approximately 8 months before investigators searched Fox's residence in March 2017. Bowers positively identified a booking picture of Michael Edward Hehir, Jr., as "Mike." Bowers saw Mike and/or Earl go to Fox's outbuilding with Fox. Bowers said

16

that Mike and/or Earl had Georgia license plates and knew Quinn. Bowers said that he saw Fox with drugs after Mike and Earl left. Bowers saw Fox with a Tupperware container full of ice, and used his hands to illustrate the size of the container, which was more than 12 inches long. Bowers said that the container had 1 to 2 pounds of methamphetamine.

Bowers stated that he saw Quinn behind Fox's house at the shop trying to sell some ice to Roy Lee Hartford, Jr. Bowers saw Quinn pull the ice out to show it to Hartford. Bowers identified Hartford as one of Fox's customers.

Bowers said that he got user quantities of "China White" heroin and Roxicodone from James Quincey Smith, who he met through Morgan Pepper. Bowers said that he obtained a small amount of ice for Smith on one occasion, when Fox was gone.

Bowers said that in late 2014, or early 2015, he sold Patrick Myers an ounce of methamphetamine. This deal was arranged through Roy Lee Hartford, Jr. Bowers said that he also sold Hartford "eight balls" (1/8 ounce) a few times during the time frame before he (Bowers) began staying with David Fox prior to March 2016.

On July 13, 2017, Brittany Dawn Thomas, who was in custody on unrelated state charges, was interviewed after being advised of her *Miranda* rights. Thomas admitted that in 2015 she brokered ounce methamphetamine

17

transactions between Andrew Bost and her customers: Jeremy Bowers, Barney Scott Paschall, Arnie Rabon, and Michael Antosek. She met Jose Alberto Perez, aka "Junie," through Bost.

In the winter months of 2014, she traveled with Jeremy Bowers to pick up 4 ounces of methamphetamine in Tampa, Florida. They brought the methamphetamine back to Rowan County. In October 2015, she traveled with Patrick Myers and Oliver Quinn to Atlanta, Georgia, to pick up 4 ounces of methamphetamine. A couple of weeks later, she made another trip to Georgia with Quinn and Myers and picked up 8 ounces of methamphetamine, which they brought back to Rowan County. Thomas said that she was supposed to make a third trip with Quinn and Ashley Sanders to Georgia in December 2015, but she and Quinn were arrested in Cabarrus County.

In June 2017, she traveled with Rodney Hardin to a town outside Atlanta, Georgia, where they picked up 10 ounces of methamphetamine from a female supplier. They brought this methamphetamine back to Rowan County.

On July 20, 2017, the Rowan County Sheriff's Office and the United States Department of Homeland Security (HSI) executed search warrants at the following locations: 6775 Stokes Ferry Road, Salisbury, North Carolina, 1190 Summer Lane, Salisbury, North Carolina, Parcel ID#617A059, and

18

515 West Peeler Street, Salisbury, North Carolina, where the following persons were present: Daniel Dwayne Wood and James Quincey Smith.

During the search of the Stokes Ferry Road residence investigators seized approximately 61 grams of methamphetamine ice and large quantities of prescription medications. Drug ledgers describing the sales of prescription drugs were found inside the home. Investigators located a total of 27 firearms including handguns, rifles, and shotguns from the residence, as well as thousands of rounds of ammunition. Two of the guns were reported stolen. Investigators also found over $12,000 in United States currency.

During the search of James Quincey Smith's residence, 515 West Peeler Street, investigators seized three rifles, ammunition and other items. One of the rifles was reported stolen in Cabarrus County.

On July 26, 2017, James Quincey Smith was interviewed. The interview was non-custodial and recorded. Smith admitted to buying and selling guns to Daniel Dewayne Wood, who he knew was a convicted felon. He admitted selling a .32 North American Arms handgun to Wood that investigators determined was stolen. Smith also acknowledged infrequently buying methamphetamine from Daniel Wood.

On August 9, 2017, Daniel Dewayne Wood was interviewed pursuant to a non-attribution agreement. Wood indicated that he had been dealing in

19

methamphetamine for the past three years, which he was obtaining from David Earl Fox, Jeremy Bowers, Matthew Robertson, James Quincey Smith, Timothy Baxter Day, and Michael Antosek, among others. Wood said that he had dealt with Smith for around one year and was getting 1 to 2 ounces at a time, totaling around 14 ounces. The methamphetamine found at Wood's residence on July 20, 2017, came from Smith. Wood admitted that he had procured many of the firearms found at his home on July 20, 2017, from Smith. Wood made two transactions with Day in Georgia, for four ounces and one ounce of methamphetamine, respectively.

On August 10, 2017, Timothy Day was interviewed. Day waived his *Miranda* rights and agreed to be interviewed. Day admitted to making one trip with Charles Stanley Bangert, Jr., to pick up methamphetamine in Georgia. Bangert went through another source and obtained an ounce of methamphetamine on another occasion. During the return trip to North Carolina on December 19, 2016, Day, Amanda Marie Hardison and Bangert were stopped by the Georgia State Highway Patrol and Bangert was arrested. The methamphetamine, which was hidden in the trunk of the car, was not found. Hardison and Day recovered it and brought it back to Rowan County and distributed most of it to Rodney Hardin. In February 2017, Day purchased one ounce of methamphetamine in Georgia and brought it to Rowan

20

County for distribution. Between April 2017, and early May 2017, he brokered two methamphetamine transactions for Daniel Wood in Georgia. In one deal, he successfully got 4 ounces. The second deal was to be 4 ounces, but Day was only able to get 1 ounce.

On August 31, 2017, the Rowan County Sheriff's Office stopped a black and red Peterbilt truck at 2580 Airport Road, Salisbury, North Carolina, after it was observed speeding on South Main Street. During conversation with the driver, Gary Ray Waller, Jr., he admitted to having a pistol in his passenger seat and that he was a convicted felon. The gun, a Glock 10mm, was recovered from the vehicle and determined to be stolen.

In a *Mirandized* interview on September 18, 2017, Waller admitted to having purchased the Glock 10mm from Justin Miller at Daniel Woods' residence in Salisbury. During this interview, Waller admitted to getting methamphetamine from Rodney Hardin.

On September 6, 2017, the Rowan County Sheriff's Office conducted a controlled purchase of .8 grams of methamphetamine from Ashley Paige Kramer at the Economy Inn, 319 Bendix Drive, Salisbury, North Carolina. The transaction was audio and video recorded.

On September 7, 2017, the Rowan County Sheriff's Office conducted an undercover purchase of .8 grams of methamphetamine from Ashley Paige

21

Kramer and Jacob Daniel Johnson in the parking lot of the Dollar General, 101 Granite Street, Granite Quarry, North Carolina. Arrangements for the purchase were made with Kramer. An undercover officer conducted the actual purchase from Johnson and the transaction was audio and video recorded. A traffic stop was conducted immediately following the purchase. 32 grams of methamphetamine was located inside a bag within the vehicle.

Johnson was advised of his *Miranda* rights, and gave a recorded statement. Johnson said that he and Ashley Kramer had been buying methamphetamine from Rodney Hardin every other day, buying at least ½ ounce at a time. Johnson and Kramer bought as much as 4 ounces at a time from Hardin at his residence at 2501 Windswept Way in Rockwell, North Carolina.

Ashley Kramer was advised of her *Miranda* rights" and provided a recorded statement. Kramer said that she and Johnson purchased an ounce of methamphetamine from Hardin on the previous night. Kramer admitted that she and Johnson had purchased up to 4 ounces of methamphetamine from Johnson at a time and that she had been selling for the past three months. Kramer said that Hardin was procuring his methamphetamine in Georgia, when he could not get it from his Hispanic connection.

22

On September 25, 2017, the Rowan County Sheriff's Office conducted a controlled purchase of 1 gram of methamphetamine from Rodney Neil Hardin at his residence, 2501 Windswept Way, Rockwell, North Carolina. The source of information that made the purchase saw Hardin in possession of a gallon-sized bag that had approximately one inch of methamphetamine in the bottom of the bag. The transaction was audio and video recorded.

On September 26, 2017, James Quincey Smith was interviewed pursuant to a non-attribution agreement. He acknowledged personal use of methamphetamine beginning four to five years ago, which then progressed to distribution around one and a half years ago. Smith said that his sources of methamphetamine supply during the past one and a half years were David Fox, Michael Antosek, Daniel Wood, Edward Blais, Scott Bruce, and Michael Hehir, Jr. Smith said that he dealt directly with Hehir in 2016 and got a total of around 5 ounces of methamphetamine from Hehir before Hehir starting giving all the ice to Fox to distribute. The deals with Hehir were in Rowan County, South Carolina, and Georgia. Smith transferred money via wire to Hehir in exchange for narcotics. Smith said that after Fox took over the distribution, Hehir and "Earl" made the deliveries to Fox. Smith said that he was aware of at least two deliveries of ice to Fox by Earl. The ice deliveries

23

by Hehir and Earl were generally 10 to 15 ounces at a time, but he was aware of one deal involving 30 ounces.

Smith said that he met Daniel Wood around one year ago and they became close friends. Smith brokered methamphetamine deals for Wood, usually 1 to 2 ounces at a time. This went on every few weeks or so. The bulk of the methamphetamine was supplied by David Fox. After Fox was placed on pre-trial supervision around April 2017, he brokered most of the deals through Edward Blais, who was going through Brad Scott Bruce, Jr., to get the drug. Smith also dealt directly with Bruce. The last deal he brokered for Wood was for 2 ounces of methamphetamine in June 2017, and it was supplied by Bruce. This was the only transaction he conducted with Bruce. Smith also admitted supplying numerous firearms directly to Daniel Wood.

On September 29, 2017, Amanda Marie Hardison was interviewed regarding her involvement in methamphetamine distribution with Bangert, Timothy Day and Rodney Hardin, among others. Hardison admitted to making at least three trips with Bangert, her baby's father, to Georgia between October and December 2016. Hardison said that she was with Bangert when he was stopped in Gaffney, South Carolina, with 4 ounces of methamphetamine in November 2016, but she did not know he had that much with him. She was also with Timothy Day and Bangert when they were

24

stopped in Georgia in December 2016, and Bangert was arrested. Hardison and Day returned to North Carolina with a quantity of methamphetamine that had been hidden in the car. The bulk of this methamphetamine was distributed to Rodney Hardin.

On September 30, 2017, Billy Jack Fleming was interviewed regarding his knowledge of drug trafficking with Jose Perez, aka "Junie." Fleming signed a written waiver of his *Miranda* rights. Fleming said that he met Perez around four years earlier and that they used drugs together. Fleming assisted Perez in trafficking ice, primarily in Davie County. Perez obtained the ice from a Mexican Cartel member named "Copia." Perez and Fleming obtained the ice in Winston-Salem, North Carolina. Perez and Fleming obtained pound quantities of ice for $9,000. Money owed for the methamphetamine was transmitted via wire to Mexico.

On October 2, 2017, the Rowan County Sheriff's Office, North Carolina State Bureau of Investigation, and United States Department of Homeland Security conducted a traffic stop on a silver 2007 Nissan Sentra driven by Rodney Neil Hardin, with Megan Ray Shoaf as a passenger. When the initial stop was attempted on Old Beatty Ford Road in Rockwell, North Carolina, the vehicle fled from the scene. Two officers fired on the vehicle, when it appeared that one was going to be struck by the Sentra. The Sentra subsequently

25

wrecked on Old Beatty Ford Road and both occupants were taken into custody. Approximately 562 grams of methamphetamine was found in the trunk of the vehicle. A total of $2,189.37 in cash was found in Hardin's wallet, on his person and under the vehicle.

After being advised of his *Miranda* rights, Hardin admitted to having just returned from Georgia after procuring methamphetamine from Dana Duncan. Hardin identified the location where he met Duncan as 1869 Prospect Road, Lawrenceville, Georgia. Hardin met Duncan through Ashley Sanders. Hardin said that he was getting quantities of methamphetamine from Duncan in amounts of 1/2 kilogram to 1 kilogram at a time. Hardin also admitted to getting methamphetamine from "Sal" (Salvador Valadez, Jr.) in Rowan County, North Carolina. Hardin disclosed that he was getting quantities from 1/2 pound to 1/2 kilogram of methamphetamine at a time from Valadez. During this interview, Hardin placed a recorded telephone call to Dana Duncan at (470)808-7272, and discussed conducting another drug deal.

A search warrant was executed at Hardin's residence, 2501 Windswept Way, Rockwell, North Carolina. During the search officers located a .380 caliber Diamond Back handgun, .380 caliber ammunition, 12 grams of suspected cocaine and assorted drug paraphernalia.

On October 9, 2017, the Rowan County Sheriff's Office observed Edward Blais on Main Street in Faith, North Carolina, driving a green 1998 Jeep Cherokee. Blais was known not to have an active driver's license. Blais fled to avoid being stopped and eventually jumped from the Jeep on West 2nd Street. A deputy observed Blais carrying a black case in his right hand. During the search of the Jeep, 0.2 grams of black tar heroin, a used syringe and 2 Xanax tablets were located.

Blais was brought to the Rowan County Sheriff's Office and interviewed. Blais waived his *Miranda* rights, and the interview was recorded. Blais stated that he had purchased methamphetamine and heroin from Brad Scott Bruce for the past year. Blais purchased anywhere from 1/4 ounce to 1/2 ounce of heroin from Bruce every week for the last year. Based on Blais' estimate, he purchased around 13 ounces of heroin from Bruce during the same time period. Blais also advised he has seen Scott Bruce carry a greyish 9mm handgun during drug transactions on multiple occasions. These transactions occurred at various locations, Bruce's house on Courtney Lane, and 2nd Street in Faith, North Carolina.

Blais then admitted to having made two to three trips with Rodney Hardin to Lawrenceville, Georgia, to procure 1/2 kilogram to 1 kilogram quantities of methamphetamine at a time. The last trip was approximately a

27

month and a half ago and they picked up a kilogram of methamphetamine. Blais advised that he has been with Rodney Hardin to pick up various amounts of methamphetamine ranging between 1/2 kilogram and a whole kilogram, paying $10,000 for 1/2 kilogram and $17,000 for a whole kilogram. Hardin obtained the methamphetamine from a female in Georgia, and kept it on his lap so he could toss it out if they encountered law enforcement.

Blais advised that Rodney Hardin had another connection for methamphetamine, a Hispanic male that lived in the second or third neighborhood off Gaskey Road in Salisbury, North Carolina. The description of the location matched the known address of Salvador Valadez, Jr.

Blais said that he purchased methamphetamine from Hardin for one and a half to two years, initially buying 1 to 2 grams, but for the past two months, he had purchased quantities of 1 to 2 ounces at a time, sometimes every day. Blais advised he would buy from Scott Bruce and Rodney Hardin on and off and they would alternate as being "the man" to get methamphetamine. Blais also acknowledged brokering a 1 ounce methamphetamine ice deal between Rodney Hardin, Quincey Smith and Daniel Wood.

On October 10, 2017, cooperating witness Rodney Neil Hardin made a controlled purchase of 4 ounces of suspected methamphetamine from Salvador Valadez, Jr., aka "Sal." The purchase took place in a Ford F150 pickup truck

28

located in front of 1012 Matika Drive, Salisbury, North Carolina. The purchase was made using $3,500 in Rowan County Sheriff's Office Special Funds. The transaction was recorded.

On October 11, 2017, Billy Jack Fleming was interviewed regarding his involvement in drug trafficking. Fleming said that he had known Andrew Bost his whole life and Jose Perez, aka "Junie," for around seven years. Fleming said that he and Bost had been involved in small-time drug distribution, but it became much bigger after Perez became involved. After Perez got out of federal prison he began getting large amounts of methamphetamine from a person he met in federal prison named "Copia." The initial deal was 5 pounds. The delivery was made to Tracy Holleman's residence in Cooleemee, North Carolina. On other occasions, Fleming and Perez traveled to Winston-Salem to get methamphetamine. Before Fleming went to prison in July 2015, he robbed Bost of 7 ounces of methamphetamine and fled to Kentucky. From July 2015, to August 2016, Fleming was in and out of prison. When he got out of prison he learned that everyone had cheated Bost and gotten Copia's number. After prison, Fleming brokered methamphetamine deals between his own customers and Copia. In August to September 2017, after he got out of jail, Fleming brokered a deal between Copia and "Jay," a customer from China Grove, North Carolina, for 18 ounces of

29

methamphetamine and 7 ounces of heroin. The transaction took place in Salisbury, North Carolina. Money owed for the methamphetamine was transferred via wire to Mexico, and to Winston-Salem. Fleming stated that around September 2017, he brokered a one-pound ice deal between Copia and a male named "Trey." This transaction took place in Salisbury, North Carolina. Additionally, Fleming made trips with Mary Phillips before he went to prison for the second time in 2016 to obtain methamphetamine from Hispanic sources in Georgia. The quantities were 8 ounces one time and 4 ounces the other time.

On October 12, 2017, the Rowan County Sheriff's Office was conducting surveillance of a known drug house at 403 East 2nd Street, Faith, North Carolina, and saw Edward Blais exit a red Ford truck and walk to the rear of the residence. Deputies knew that Blais had outstanding felony arrest warrants. Deputies went to the location to arrest Blais and he took off running, but was apprehended approximately 25 yards from the truck. A search incident to arrest revealed 3 grams of heroin, 1 gram of methamphetamine, marihuana and Xanax tablets on his person. Deputies approached the remaining occupant of the truck, Brad Scott Bruce. Bruce said that there was a gun in the vehicle and drugs in his right rear pocket. Approximately 37 grams of methamphetamine and 9 grams of heroin were

found on Bruce's person. A 9mm Kel Tec semi-automatic handgun was found in the truck. A consent search of the residence resulted in the seizure of additional heroin and drug paraphernalia.

On November 9, 2017, Gary Ray Waller, Jr., was interviewed at the Rowan County Detention Center. Waller requested to speak to investigators, without an attorney. Waller admitted that in 2017 he received 12 to 16 ounces of methamphetamine from Bangert and supplied it to Brenda Bostian.

On November 9 and 10, 2017, Jose Alberto Perez, Jr., aka "Junie," aka "Juice," and Samuel Blake Helton were stopped in a vehicle in Knox City, Texas. Helton was arrested for possession of methamphetamine and marihuana. Perez was not arrested. Further investigation showed that Perez and Helton were en route to Los Angeles, California, to procure multiple-pound quantities of methamphetamine and transport it back to North Carolina.

On November 20, 2017, Arnie Preston Rabon, pending sentencing in the Middle District of North Carolina, was interviewed pursuant to a non-attribution agreement. Rabon stated that he met Bangert through Brenda Bostian. Rabon said that he mostly sold methamphetamine to Bangert from August 2015, to February 2016. These deals generally ranged from 1/2 gram to 1/8 ounce at a time. Rabon traded methamphetamine to Bangert for three

31

different guns, one was a Smith and Wesson .38 caliber seized from Rabon on February 22, 2016. He sold Bangert a total of 1 to 2 ounces of methamphetamine.

Rabon said that he met Alyssa Ashley in November or December 2010, and he had a baby by her. He bought methamphetamine from Ashley. He stated that in September 2015, he started fronting methamphetamine to Ashley, concluding in January 2016. The deals were 1/8 to 1/4 ounce at a time, usually twice per week. Rabon distributed around 4 to 5 ounces to Ashley.

Rabon said that he met Alibbia Jo Michaud and her brother, Arnold Robertson, around the spring of 2015, through working at Powerhouse Recycling in Salisbury, North Carolina. Robertson fronted ounce quantities of methamphetamine to Rabon. Robertson and Michaud both told Rabon that they got methamphetamine from a female named "Isis." Rabon sold Michaud small quantities of ice, usually 1/2 to 1 gram at a time, but eventually he could not get anything and Michaud began supplying him. He got ice from Michaud three to four times per week in late 2015, continuing to January 2016. The amounts were 1/8 to 1/4 ounce at a time. He got a total of 3 ounces of methamphetamine from Michaud.

Rabon stated that in August to September, 2015, he purchased 1 ounce of methamphetamine from Ashley Sanders for $800. At the end of 2015, he sold Sanders gram quantities of methamphetamine, totaling 1/4 of an ounce.

On November 27, 2017, the Rowan County Sheriff's Office, North Carolina State Bureau of Investigation (SBI) and the Salisbury Police Department executed a search warrant at the residence of Rodney Neil Hardin, located at 2501 Windswept Way, Rockwell, North Carolina. During the search, investigators seized approximately 3 ounces of methamphetamine, 2.7 grams of cocaine, 0.5 grams of heroin, two handguns, and almost $5,722 in United States currency. One gun was reported stolen.

In addition to the drugs seized above, investigators discovered that Hardin was manufacturing methamphetamine at his residence. Items used in the manufacturing of methamphetamine, including two one pot "shake and bake" laboratories and an HCL generator, were found at the residence. The SBI Clandestine Laboratory Response Team processed the evidence at the site.

On December 6, 2017, Rodney Neil Hardin was interviewed regarding his involvement in drug trafficking. A non-attribution agreement was in place at the time of the interview. Around April 17, 2017, Hardin met Dana Duncan, a Georgia resident, through Ashley Dawn Sanders. Between April and October 2, 2017, Hardin got quantities ranging from a few ounces to 40

33

ounces of methamphetamine-ice at a time from Duncan in Georgia, and South Carolina. Transactions were done on at least a weekly basis and sometimes more frequently. Between May and October, 2017, Hardin got at least ½ kilogram per week, totaling at least 10 kilograms. Duncan obtained methamphetamine from a Mexican supplier in Georgia. After Hardin was arrested on October 2, 2017, he dealt with Duncan two more times, totaling 12 to 16 ounces.

Hardin said that Scott Bruce, Erica Wallace, Edward Blais, Brittany Thomas, and Megan Shoaf made trips with him to Georgia and South Carolina to pick up methamphetamine from Duncan. Hardin stated that he began purchasing methamphetamine from Salvador Valadez, Jr., in early 2017. The quantities ranged from 4 ounces to 1/2 kilogram at a time, with the transactions taking place at 102 Matika Drive in Salisbury, North Carolina. Hardin stated that he had seen numerous firearms at Valadez's residence. Valadez indicated that his suppliers were involved in air smuggling and he was also getting ice through the mail. Valadez transferred money to his suppliers through wire services and on two occasions had Hardin transfer $2,000 to $3,000.

Hardin stated that the stolen Smith and Wesson M&P 9mm handgun found at his residence on October 2, 2017, came from Wayne Hicks. Hardin

indicated that he supplied methamphetamine to Edward Blais, Wayne Hicks, Scott Bruce, and Richard Trey Wright. A review of telephone records for Rodney Hardin, Dana Duncan and Salvador Valadez, Jr., corroborated the information provided by Hardin.

On December 7, 2017, David Earl Fox was interviewed regarding his involvement in drug trafficking. A non-attribution agreement was in place at the time of the interview. Fox indicated that he began obtaining methamphetamine from Michael Hehir, Jr., a Georgia resident, around August, 2016, and ending at the time of Fox's arrest in March, 2017. Over an eight-month period, Hehir and his driver, Earl, delivered methamphetamine to him in quantities ranging from 3 ounces to 12 ounces at a time. Fox said that he had seen Earl in possession of Tupperware containers with 16 ounces in each container. Fox indicated that Hehir was the source of supply, but most of the deliveries were made by Earl, usually every seven to ten days. Based on Fox's interview, he received at least 4 ounces of methamphetamine every two weeks from Mike from August, 2016, to October, 2016, totaling around 24 ounces. Of these, at least three were delivered by Earl, totaling at least 12 ounces. Between November, 2016, and late February, 2017, Fox conducted, on average, around four deals per month with Mike and Earl, involving at least 8 ounces each time. A conservative estimate would be that Fox received

35

around 128 ounces of methamphetamine during this four-month period. In total Fox received at least 152 ounces from Mike, with Earl being responsible for around 140 ounces of that total. Fox admitted to supplying Roy Lee Hartford, Jr., Quincey Smith, Daniel Wood, Wayne Hicks, Brenda Bostian, and numerous others with methamphetamine.

Reviews of telephone records corroborate numerous contacts between Fox, Hehir and Earl. Text messages retrieved from Fox's telephone also corroborate drug transactions between the three men.

On December 29, 2017, Samuel Blake Helton was interviewed regarding his involvement in drug trafficking with Lincoln Brock and Jose Perez, aka "Junie." The interview was non-custodial and recorded. Helton admitted to a drug relationship with Perez and Lincoln Brock between September, 2017, and November, 2017. During this time frame, he and Brock distributed methamphetamine and heroin for Perez. Helton claimed that he and Brock distributed around 2 pounds of a 15 pound shipment of heroin. The largest amount that Helton personally saw was 1 pound. Helton and Brock assisted Perez in the distribution, obtaining 1/4 to 1/2 ounce every other day. In November 2017, Perez recruited him to go with him to Los Angeles, California, to pick up 30 pounds of methamphetamine and $25,000 cash. Perez promised to pay him $3,500 and 2 1/2 pounds of methamphetamine for making the trip.

36

Perez and Helton were stopped in Texas on November 9, 2018, and Helton was arrested for possession of methamphetamine, cocaine and marihuana. Helton went to jail and Perez flew back to North Carolina.

On January 4, 2018, Adam Hardy Bailey was interviewed. Bailey provided a written waiver of his *Miranda* rights. The interview was recorded. Bailey stated that he met Perez in the spring of 2017, and that Perez lived with him for a short time in Rowan County, North Carolina. Around September, 2017, Perez made a trip to Atlanta, Georgia, and upon his return, Bailey saw him with around 2 pounds of ice and 3 ounces of heroin. Perez made another trip shortly thereafter with a male named "Blake," but they were stopped in Texas en route to California. Blake Helton was arrested and returned to North Carolina. They were to pick up narcotics from a Mexican Cartel supplier named "Copia." Around two weeks later, Perez made a trip with Felecia Potter to California, and upon their return, he saw Perez with 2 pounds of ice.

On January 5, 2018, Rodney Neil Hardin was interviewed regarding his involvement in drug trafficking. A non-attribution agreement was in place at the time of the interview. Hardin said that he met Ashley Kramer through "Trey" Wright around the spring of 2017, and began supplying her and her husband, Jacob Johnson. Initially, Kramer and Johnson received 1 gram to

37

1/16 of an ounce of methamphetamine at a time, but it quickly progressed to an ounce at a time. These deals were done on at least a weekly basis. Hardin said that the Diamond Back .380 caliber handgun found at his residence by investigators came from Jacob Johnson. Hardin stated that a .40 handgun that Johnson was caught with in Stanly County came from him. Hardin said that he supplied Kramer and Johnson with at least 24 ounces of methamphetamine.

On January 10 2018, Bangert was interviewed regarding his involvement in drug trafficking. The interview was recorded. Bangert said that prior to obtaining sources of methamphetamine supply in Georgia, he was supplied by Jamie Brady (Jamie Lynn Myers), David Fox, Jon Norris, Brenda Bostian, Arnie Rabon, Rodney Hardin, Gary Waller, Mary Phillips, and Brent Childs, among others. Bangert said that right before he was locked up on July 12, 2017, Hardin was trying to send him to Georgia to pick up something for him.

In 2016, Bangert started obtaining methamphetamine in Georgia from Alibbia Jo Michaud, aka "Libby." He met Michaud through Alyssa Ashley. Later, he obtained methamphetamine from multiple Georgia suppliers. The transactions with Michaud started off with 4 ounces and progressed to 2 kilograms at a time. This continued until around the spring of 2017. The

38

methamphetamine was brought back to Cabarrus and Rowan counties for distribution. Bangert identified Alyssa Ashley, Ashley Sanders, Gary Waller, and Brittany Thomas, among others, as customers. Bangert said that Rodney Hardin fronted money to him to procure methamphetamine from Bangert's Georgia sources.

On January 11, 2018, the Rowan County Sheriff's Office conducted a controlled purchase of approximately 1 gram of methamphetamine from Richard Trey Wright at 6895 Faith Road, Salisbury, North Carolina. The transaction was audio recorded.

On January 12, 2018, Jose Alberto Perez was interviewed. The interview was recorded. After being advised of his *Miranda* rights Perez admitted to his involvement in methamphetamine trafficking from Washington State, California, Texas and Georgia to North Carolina. Perez said that he met Marcos Rios, aka "Copia," in federal prison at the United States Penitentiary in Lee, Virginia. When they both were released, Perez began receiving shipments of methamphetamine-ice from Rios in 2014. He received two 5 pound shipments of ice, totaling 10 pounds. After a supervised release violation, Perez returned to prison in 2014, and remained there until 2017. Perez said that he did several 1 to 2 pound ice deals with couriers working for Copia and his associate "Carlos," before Carlos sent his son,

39

"Wedo," to North Carolina to help oversee distribution. Perez identified a picture of Raul Guerrero-Espinoza as "Carlos," and that Carlos was presently in Mexicali, Mexico, with Marcos Rios. When Wedo came to North Carolina, he and Wedo traveled to Texas and picked up 9 pounds of ice and brought it to North Carolina. Eventually, Perez took 3 pounds and refused to pay for it and Wedo kept the other 6 pounds.

On February 20, 2018, the Rowan County Sheriff's Office conducted a controlled purchase of approximately 1 gram of methamphetamine from Richard Trey Wright at 1105 Peeler Road, Salisbury, North Carolina. The transaction was audio recorded.

On March 10, 2018, during a license checkpoint at Gold Knob Road and Mahaffey Drive in Salisbury, North Carolina, deputies saw a blue Dodge van approach the checkpoint and quickly pull into a driveway at 820 Gold Knob Road. A deputy familiar with the residence knew that the van did not belong at the location and no one exited the vehicle. When the deputy stopped behind the van, the driver jumped out of the vehicle. The deputy saw drug paraphernalia in plain view in the van. At this point, the deputy spoke to the passenger, Richard Trey Wright, who volunteered, "There is meth in the vehicle that belongs to a friend." A box containing methamphetamine and

different prescription drugs was found in the glovebox. A total of around 4 and grams of methamphetamine was seized.

On March 14, 2018, Richard Trey Wright was interviewed. Wright indicated that in February 2017, he was introduced to Rodney Hardin through Mary Phillips. He said that he initially bought 1/4 ounce of methamphetamine from Hardin and the quantities increased almost immediately to an ounce of methamphetamine per day, every day, until around September of 2017. These transactions took place at Hardin's residence, located on Windswept Way in Rockwell, North Carolina. Wright saw Hardin with kilogram quantities of methamphetamine and knew that Hardin was obtaining it in Georgia and from an unidentified Hispanic male. Wright also admitted that in 2017, he made two trips to Georgia with Alyssa Ashley and obtained 2 ounces of methamphetamine each time from Alibbia Michaud in Atlanta, Georgia.

On April 3, 2018, the Rowan County Sheriff's Office responded to a suspicious vehicle call at 725 Lillian Circle, Salisbury, North Carolina. When deputies arrived at 725 Lillian Circle, a Nissan 350Z was sitting in the driveway with its headlights on. When approaching the vehicle, a deputy observed two front seat occupants of the vehicle sleeping. The occupants were subsequently identified as Charles Stanley Bangert, Jr., the driver, and

41

Amanda Marie Hardison, the passenger. The deputy observed a plastic baggie with a white crystal-like substance sitting between the sleeping driver's arm and abdomen. After the occupants were awakened, the deputy asked the driver if he had any illegal narcotics and he replied none. The deputy pointed out the baggie on Bangert's person and Bangert acted as though he did not know what the deputy was talking about. When Bangert got out of the driver's seat, the deputy noticed a plastic baggie containing suspected 10 grams of marihuana lying on the driver's seat. Bangert was searched and $2,250 in a large roll was found in his shirt pocket. In a probable cause search of the vehicle, deputies located a small pouch and a 0.3 grams of methamphetamine. The small pouch contained a scale, a weighing cap and a glass stem with residue. The suspected methamphetamine in the baggie on Bangert's chest weighed 2 grams.

On April 13, 2018, the Rowan County Sheriff's Office conducted a traffic stop of a gold 2013 Ford Explorer towing two jet skis in China Grove, North Carolina. Based on electronic surveillance of Bangert's telephone and the monitoring of calls between Bangert and Amanda Hardison, investigators knew that Bangert made a trip to Georgia and was returning. Bangert was the rear seat passenger in the vehicle. When Bangert was extracted from the vehicle, he resisted deputies and was immediately taken to the ground.

42

During a search of his person, approximately 6 1/2 ounces of methamphetamine was found in a plastic bag in the front waist area of his pants.

On May 3, 2018, the Rowan County Sheriff's Office conducted a controlled purchase of approximately 3 1/2 grams of methamphetamine from Brock Michael Rowe. The transaction was audio recorded and surveilled by the Rowan County Sheriff's Office.

On May 16, 2018, the Rowan County Sheriff's Office arrested Ashley Dawn Sanders and Brock Michael Rowe on methamphetamine trafficking charges. At 7:50 p.m., the Rowan County Sheriff's Office Crime Reduction Unit conducted a traffic stop of a red Honda CR-V occupied by three individuals in the 1100 block of Fraley Street in Salisbury, North Carolina. The driver was Jonathan Mark Patton, and Brock Michael Rowe, and Ashley Dawn Sanders were passengers. An open container of alcohol was visible inside the passenger compartment of the vehicle. When Rowe was removed from the vehicle, a clear plastic bag containing approximately 1/2 ounce of crack cocaine fell from his pants and was recovered. A search of Sanders' pocketbook revealed a plastic bag containing approximately 280 grams of methamphetamine and two plastic bags containing 60 grams of marihuana. Rowe signed a written waiver of his *"Miranda* Rights," and agreed to be

interviewed. The interview was recorded. Rowe admitted to having traveled to Hapeville, Georgia, on May 16 with Ashley Sanders and Jonathan Patton to procure drugs. Rowe claimed that the supplier was a bi-racial male, named "Will," who he had met through "Dave," from Statesville, North Carolina. Rowe said that he expected to receive at least 7 to 8 ounces of methamphetamine, but he was unsure of the exact amount he got. Rowe claimed that once the methamphetamine was obtained in Georgia, Sanders had it in her possession.

Rowe stated that in the past two months, he made a total of four to five trips to Georgia to procure drugs. Rowe said that on the initial trip he traveled with Sanders and Dave and they received around 3 ounces. On the second trip, he again rode with Dave and got 1 ounce. On the third trip, he went with Dave again and got an unknown amount of methamphetamine. On the fourth trip, Rowe went with Jesse Redding and his girlfriend, Christy Gatewood, and got around 5 to 6 ounces of methamphetamine.

Sanders was interviewed regarding her involvement in drug trafficking. Sanders signed a written waiver of her *Miranda* Rights," and agreed to be interviewed. The interview was recorded. Sanders confirmed that she had traveled with Brock Rowe to Georgia to pick up drugs. Sanders claimed that this was her second trip to Georgia with Rowe in the past two weeks. Rowe

44

procured the drugs from a Hispanic or black supplier identified by Rowe in phone calls as "Bubba." Sanders claimed that when they got pulled over in Rowan County that Rowe threw everything into her pocketbook.

On May 22, 2018, Ashley Dawn Sanders was interviewed regarding her involvement in drug trafficking. Sanders was advised of her "*Miranda* Rights," and agreed to be interviewed. Sanders stated that she had made trips to Hapeville, Georgia, to obtain methamphetamine with Brock Rowe over a two-week period prior to May 16, 2018. Sanders said that Rowe developed a Georgia connection through David DeLorenzo, who lived in North Carolina, but was from Georgia. The supplier was a Hispanic male that Rowe referred to as "Bubba" in telephone calls. Bubba lived in an apartment at 308 College Street in Hapeville. Sanders claimed that she and Rowe made five trips to

Georgia, with the quantities of 4 to 5 ounces at a time, except the last trip.

Their last trip was on May 16, 2018, when they had 10 ounces.

This the 2nd day of October, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney


/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC   27401
Phone:   336/333-5351
E-mail: Terry.Meinecke@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Karen D. Gerber, Esquire;
Benjamin D. Porter, Esquire;
Robert A. Broadie, Esquire;
Alan Doorasamy, Sr., Esquire;
Renorda E. Pryor, Esquire;
James Blakely Norman, Esquire;
Seth A. Neyhart, Esquire;
Eugene E. Lester, Esquire;
Duane K. Bryant, Esquire;
Brian M. Aus, Esquire;
R. Andrew McCoppin, Esquire;
Robert L. McClellan, Esquire;
Micah E. Huggins, Esquire;
Aaron B. Wellman, Esquire;
Todd A. Smith, Esquire;
Corey D. Buggs, Esquire;
David B. Smith, Esquire;
Mark A. Jones, Esquire;
John D. Bryson, Esquire;
David B. Freedman, Esquire;
James E. Quander, Esquire;
Cheryl D. Andrews, Esquire; and
Charles H. Harp, Esquire.

/S/ TERRY M. MEINECKE
Assistant United States Attorney
NCSB #27586
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street, 4th Floor
Greensboro, NC   27401
Phone:   336/333-5351
E-mail: terry.meinecke@usdoj.gov

47